# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

NATHANIEL PERRY  PLAINTIFF
ADC #144831

V.  NO: 1:13CV00037 SWW

CHRISTOPHER T. BUDNIK *et al.*  DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 6th day of January, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE